UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

CONNECTUS LLC,
d/b/a EDEGREE ADVISOR,                          Case No. 1:16-mc-02447

    Plaintiff,

v.

AMPUSH MEDIA, INC., and
DGS EDU, LLC,

    Defendants.
_____/

## NON-PARTY TRG HOLDINGS, LLC'S STATUS REPORT

All matters with respect to TRG Holdings, LLC have been resolved. No further action with respect to TRG Holdings, LLC is needed from this Court.

Dated: July 1, 2021                    Respectfully submitted,

                                                                         */s/ Gregory W. Kehoe*
                                                                         Gregory W. Kehoe (DC No. 100210)
                                                                         kehoeg@gtlaw.com
                                                                         Greenberg Traurig, P.A.
                                                                         101 East Kennedy Blvd., Suite 1900
                                                                         Tampa, FL 33602
                                                                         Telephone:  (813) 318-5700
                                                                         Facsimile:   (813) 318-5900

                                                                         *Attorney for TRG Holdings, LLC*

2

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on July 1, 2021, a copy of the foregoing was served via the Court's CM/ECF filing, which will send notification to the parties of record.

*/s/ Gregory W. Kehoe*
Attorney